**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 22-00197-CG-MU |
| XAVIER DEWON BECOATS | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on January 25, 2024 (Doc. 64) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Superseding Indictment, Title 18 U.S.C. § 2213(a), Bank Robbery, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **May 29, 2024, at 9:30 a.m., Courtroom 3B**, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 9th day of January, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE